# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY JOHNSON, and DARRYL MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAKON LOGISTICS, WILLIAM C. JARNAGIN, JR., and INNOVEL SOLUTIONS, INC., f/k/a SEARS LOGISTICS SERVICES, INC. and SEARS ROEBUCK AND CO.<br><br>Defendants. | Case No. 16-cv-06776<br><br>Judge Andrea R. Wood<br>Magistrate Judge M. David Weisman |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs, by and through their attorneys, hereby stipulate and agree to dismiss their claims against Defendant Innovel Solutions, Inc., f/k/a Sears Logistics Services, Inc., and Defendant Sears Roebuck and Co.

Dated: October 8, 2021

| | |
|---|---|
| **TIMOTHY JOHNSON, and DARRYL MOORE, individually and on behalf of all others similarly situated,** | **DIAKON LOGISTICS, and WILLIAM C. JARNAGIN, JR.** |
| /s/Bradley Manewith<br>Bradley Manewith, IARDC No. 06280535<br>Marc Siegel, IARDC No. 06238100<br>Siegel & Dolan Ltd.<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60601<br>Tel. (312) 878-3210<br>Fax (312) 878-3211<br>bmanewith@msiegellaw.com<br>msiegel@msiegellaw.com | /s/Charles Andrewscavage<br>Charles Andrewscavage<br>Andrew Butcher<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>Telephone: 312-255-7172<br>candrewscavage@scopelitis.com<br>abutcher@scopelitis.com |

| | |
|---|---|
| Harold L. Lichten (*pro hac vice*) <br> Olena Savytska (*pro hac vice*) <br> Lichten & Liss-Riordan, P.C. <br> 729 Boylston Street, Ste. 2000 <br> Boston, MA 02116 <br> Tel. (617) 994-5800 <br> Fax (617) 994-5801 <br> hlichten@llrlaw.com <br> osavytska@llrlaw.com | **INNOVEL SOLUTIONS, INC., f/k/a SEARS LOGISTICS SERVICES, INC., and SEARS ROEBUCK AND CO.** <br> <br> /s/ Noah Finkel <br> Noah Finkel <br> Seyfarth Shaw LLP <br> 233 South Wacker Drive <br> Suite 8000 <br> Chicago, IL 60606 <br> (312) 460-5829 <br> nfinkel@seyfarth.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                        /s/ Bradley Manewith
                                                          Bradley Manewith